1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   IN RE: INCRETIN MIMETICS          MDL Case No. 13md2452 AJB
     PRODUCTS LIABILITY               (MDD)
11   LITIGATION,
                                       Case No. 3:14-cv-00531-AJB-MDD
12
     BARBARA HEDGEPETH,                ORDER GRANTING JOINT
13   INDIVIDUALLY AND AS              STIPULATION OF VOLUNTARY
     PERSONAL REPRESENTATIVE OF        DISMISSAL
14   THE ESTATE OF ROSIE L. REDD,
     DECEASED,                         (Doc. No. 5278)
15                       Plaintiff,

16          v.

17   MERCK SHARP & DOHME CORP.,

18                       Defendant.

19

20

21       In consideration of the parties' joint stipulation, IT IS HEREBY ORDERED

22   THAT;

23       1.    The above-entitled action be and hereby is dismissed with prejudice

24             pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

25       2.    Each party will bear its own attorneys' fees and costs.

26   ///

27   ///

28

                                        1

1        3.      Each party waives the right to any appeal.

2   IT IS SO ORDERED.

3

4   Dated:  October 13, 2021

5                                                            Hon. Anthony J. Battaglia
                                                             United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28